IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01090-ZLW

DONALD R. GONZALES,

    Applicant,

v.

WARDEN HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

---

ORDER REINSTATING CASE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on February 16, 2010, this civil action is reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on February 16, 2010. It is

FURTHER ORDERED that the case shall be reassigned to the *pro se* docket.

DATED at Denver, Colorado, this __11th__ day of __March__, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-01090-ZLW

Donald R. Gonzales
Prisoner No. 58418
Fremont Corr. Facility
P.O. Box 999
Cañon City, CO 81215-0999

Christopher Y. Bosch
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3|12|10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk