**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01090-ZLW

DONALD R. GONZALES,

     Applicant,

v.

WARDEN HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     This matter is before the Court on the motion titled "Request to Review Petition for Habeas Corpus" (ECF No. 53) submitted *pro se* on May 23, 2012, by Applicant, Donald R. Gonzales, asking to reopen this habeas corpus case.  The motion is DENIED.

     On May 21, 2010, the habeas corpus application was denied and this action dismissed with prejudice as procedurally barred (ECF No. 41).  Judgment (ECF No. 42) was entered on the same day.  On September 8, 2010, the United States Court of Appeals for the Tenth Circut denied Mr. Gonzales a certificate of appealability, and dismissed his appeal (ECF No. 51).  On September 23, 2010, the Tenth Circuit amended (ECF No. 52) the order denying certificate of appealability *nunc pro tunc* to September 8.

     This case is closed.  The Court will not consider filings after the dismissal of a case.

Dated:  May 24, 2012